**Kenneth Ray HILL, Plaintiff-
Appellant,**

v.

**Motsumi MOJA, Doctor for C.C.S.,
Defendant-Appellee,**

and

**Nurse Hurst, RN/LPN, Defendant.**

No. 17-6240

United States Court of Appeals,
Fourth Circuit.

Submitted: May 23, 2017

Decided: May 26, 2017

Kenneth Ray Hill, Appellant Pro Se. Grace Morse-McNelis, RAWLS, MCNELIS & MITCHELL, PC, Richmond, Virginia, for Appellee.

Before KING, AGEE, and WYNN, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Ray Hill appeals the district court's order dismissing Hill's 42 U.S.C. § 1983 (2012) action and denying as futile Hill's motions to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court and deny Hill's motion to appoint counsel. *Hill v. Moja*, No. 2:13-cv-00287-HCM-LRL (E.D. Va. filed Feb. 13, 2017, entered Feb. 14, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*